# Exhibit I

Confidential - Subject to Further Confidentiality Review

Page 1

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

----------------------------------

EMILY GRACE DOTEGOWSKI, a minor by

and through her guardian ad litem

MARYANNE DOTEGOWSKI,

       Plaintiffs,

V.                           Case No.

ABBOTT LABORATORIES, INC.,    CGC-10-506794

MCKESSON CORPORATION AND DOES 1

through 500, inclusive,

       Defendants.

----------------------------------


C O N F I D E N T I A L

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW


DEPOSITION OF

ANTHONY R. SCIALLI, M.D.


Washington, DC 20004

Friday, August 29, 2014


Denise D. Vickery, RMR, CRR

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 42

1  Q. Are you aware of studies that
2  suggest that the neural tube defects that the
3  diabetes is associated with are anencephaly but
4  not spina bifida?
5  A. I'm not aware of those studies.
6  Q. Are you aware of studies that
7  suggest there is no increased risk between diabetes
8  and spina bifida?
9  A. I'm not aware of those studies.
10  Q. Is it fair to say you really at this
11  point are not prepared to testify about the body
12  of literature relating to diabetes and spina
13  bifida?
14      MS. HARDWAY: Object to form.
15      THE WITNESS: I intend to testify
16    that there is an association between
17    maternal diabetes during pregnancy and
18    neural tube defects in the child.
19  BY MR. BOUNDAS:
20  Q. And what is the strength of that
21  association?
22  A. (Reviewing document).
23      I don't recall what the strength is.
24  I would go to the three papers I listed on page

Page 43

1  17, paragraph 55 and look at the risk estimates
2  in those papers.
3  Q. Now, is it -- and I appreciate that,
4  Doctor.
5      Is it your recollection that those
6  papers that you cite suggest a positive
7  association between diabetes and spina bifida?
8  A. Those papers speak to gestational
9  diabetes and diabetes with elevated fasting blood
10  sugars, and those papers speak to the associated
11  risk of birth defects in -- in women with
12  diabetes or gestational diabetes and elevated
13  fasting blood sugars.
14  Q. And those papers find an
15  association; correct?
16  A. I'd like you to show me the papers
17  and I'll tell you what they found, but my
18  recollection as I sit here is that those papers
19  identified or discussed an association.
20  Q. Do you recall citing any of the
21  papers that suggest that there is no such risk?
22  A. No, sir.
23  Q. You think that if you were going to
24  talk about the subject, you should have cited

Page 44

1  papers that discuss the opposite conclusion?
2      MS. HARDWAY: Object to form.
3      THE WITNESS: Well, my discussion
4    in this paper is not to say that diabetes
5    caused this child's spina bifida. However,
6    it might have been a factor.
7      For example, we know that if
8    Ms. Dotegowski took valproic acid, there's
9    a 98 to 99% chance that it would not have
10    caused spina bifida because the effect rate
11    is 1 to 2% between valproic acid and spina
12    bifida.
13      So one of the explanations for
14    why some children are affected and others
15    aren't is the presence of other factors, be
16    they genetic or perhaps obesity in the
17    mother or perhaps diabetes in the mother.
18  BY MR. BOUNDAS:
19  Q. So let's -- you raise an interesting
20  point that I want to talk about, but let's close the
21  loop on diabetes here.
22      What you're saying is, you're not
23  prepared here to testify that diabetes actually
24  causes spina bifida or caused it in Emily

Page 45

1  Dotegowski, but that it may be a risk factor?
2  A. I would phrase it that it might have
3  contributed to her spina bifida. Moreover, if a
4  determination is made that she did not take
5  valproic acid or did not take it during an
6  appropriate time period in embryo development,
7  the maternal diabetes and the obesity may, in
8  fact, have been the only factors contributing to
9  the spina bifida.
10  Q. So you're not testifying that
11  diabetes caused Emily's spina bifida; correct?
12  A. I am testifying that it might have
13  contributed to her spina bifida.
14  Q. Are you testifying that it caused
15  her spina bifida?
16  A. I'm testifying that it might have
17  contributed to her spina bifida.
18  Q. So that's a no?
19      MS. HARDWAY: Objection. Asked
20    and answered.
21      THE WITNESS: My testimony is
22    that it might have contributed to her spina
23    bifida.
24  BY MR. BOUNDAS:

12 (Pages 42 to 45)

Confidential - Subject to Further Confidentiality Review

Page 46

1  Q. Okay. Let's leave it at that
2  then for diabetes might have contributed;
3  correct?
4  A. Yes, sir.
5  Q. And you also said that you're not
6  testifying that diabetes, in general, there's a
7  causal relationship, but there are studies that
8  show there's an association; correct?
9  A. Yes, sir.
10 Q. All right. So that's diabetes.
11    Now, you mentioned that when someone
12 takes spina bifida due to the, you know, people
13 say the 1 to 2% risk, there's a 98 to 99% chance
14 that it won't cause spina bifida; is that fair?
15 A. You misspoke in the beginning of
16 your question.
17 Q. Fix it, please.
18 A. You said "when somebody takes spina
19 bifida."
20 Q. Takes Depakote. Right. Thank you.
21 A. So I'm going to repeat the
22 question --
23 Q. And then answer it.
24 A. -- in my answer.

Page 47

1  Q. Okay.
2  A. When somebody takes Depakote during
3  the appropriate time in pregnancy, there's a 1 to
4  2% chance that the child will have spina bifida.
5  Q. That's correct.
6     Now, let's leave Emily aside and
7  talk about a hypothetical patient.
8     When you have a child who has been
9  exposed to Depakote and has spina bifida, that's
10 a different equation. Now we're not talking
11 about a 98 to 99% chance it wasn't caused by
12 Depakote; is that correct? Because now we know
13 the child has spina bifida; correct?
14 A. That's correct.
15 Q. And so we could actually do what's
16 known as an attributable risk calculation; right?
17 A. Yes, sir.
18 Q. And in that instance, what we would
19 determine, assuming those were the only factors
20 at play, that the chances that that child had
21 spina bifida caused by Depakote are actually
22 above 90%?
23 A. Yes, sir, I agree with that.
24 However, in this case, we don't have an absence

Page 48

1  of other risk factors for spina bifida.
2  Q. Object to the responsiveness.
3     But you do agree with that
4  proposition that you can't say -- once you know
5  the child has spina bifida and there's been an
6  exposure, it's a different calculation?
7  A. I agree it's a different
8  calculation.
9  Q. And even if there are other risk
10 factors, you would have to look at the degree of
11 those risk factors in order to see how they
12 compared to Depakote; correct?
13 A. I'm not sure what you mean by
14 looking at the degree of those risk factors.
15 Q. Well, what's the typical increase in
16 risk between Depakote and spina bifida would you
17 be comfortable saying it's 10 to 20 times?
18 A. 10 to 20 times?
19 Q. Increased risk.
20 A. Compared to not taking valproic
21 acid?
22 Q. Yes.
23 A. Yes, sir, I would agree.
24 Q. And let's say we look at the risk of

Page 49

1  obesity, which, you know, I'll say I've seen a
2  study that says 70%.
3     Are you comfortable with that 70%
4  increase in risk, or do you have a different
5  number?
6  A. I don't have a number to -- to which
7  I would be comfortable testifying.
8  Q. Let's assume hypothetically it's a
9  doubling of the risk.
10    Have you seen anything that shows
11 that obesity is significantly more than double
12 the risk?
13 A. I don't recall. I have read the
14 obesity literature, but I don't recall what
15 numbers were used.
16 Q. Let's -- then let's just make this
17 hypothetical.
18    We have a child whose mother is
19 obese. The mother took Depakote. Child born
20 with spina bifida.
21    Are you with me?
22 A. Yes, sir.
23 Q. Let's assume Depakote is a 10 to 20
24 increased risk.

13 (Pages 46 to 49)

Confidential - Subject to Further Confidentiality Review

Page 50

1  Obesity is a doubling of the risk;
2  right?
3  A. I can assume that.
4  Q. All right. In that case, we would
5  say that it is far more likely that Depakote was
6  the cause over the obesity just due to the
7  statistical relationship; is that correct?
8  MS. HARDWAY: Object to form.
9  THE WITNESS: No, sir, because
10  the two risk factors don't have to be
11  independent. So that it's possible that
12  but for the obesity, the valproic acid
13  would not have caused the spina bifida and
14  that the obesity, in fact, is an important
15  contributing factor.
16  BY MR. BOUNDAS:
17  Q. So you would still say they're both
18  factors?
19  A. Yes, sir. We know that not all
20  children exposed at the right time to valproic
21  acid during embryo development develop spina
22  bifida, and so there are additional factors that
23  cause some children to be more susceptible than
24  others. Those factors could be genetic. They

Page 51

1  could be obesity. They could be metabolic as in
2  diabetes.
3  Q. In that case that I just -- the
4  hypothetical I just outlined, we could do an
5  attributable risk calculation, couldn't we?
6  A. I don't believe it would be
7  appropriate because that would be treating each
8  -- each risk factor as independent, and they
9  might not be independent.
10  Q. Just to get back on the topic of
11  obesity, because you mentioned diabetes here
12  that's at play in this case and we already talked
13  about that.
14  It's your testimony that
15  Mrs. Dotegowski was obese during the pregnancy;
16  right?
17  A. Yes, sir. She was obese prior to
18  the pregnancy would probably be a more correct
19  way to phrase it.
20  Q. And that leads you to put her in the
21  category of obesity that you say is an increased
22  risk for spina bifida; right?
23  A. Yes, sir.
24  Q. And I think you testified in the

Page 52

1  last deposition but it's fair to say that similar
2  to diabetes, what you're saying is that diabetes
3  -- that obesity is associated with an increase in
4  spina bifida; right?
5  A. Yes, sir.
6  Q. And you're not testifying that
7  obesity actually causes spina bifida?
8  A. I don't know if obesity causes spina
9  bifida, or if it's just a contributing factor, or
10  if the effects are mediated by some other
11  metabolic condition associated with obesity.
12  Q. Now, there's also an issue about
13  folic acid.
14  Do you know that women who take
15  folic acid tend to have a lower incidence of
16  children with spina bifida; right?
17  A. Yes, sir.
18  Q. Do you happen to know what the lower
19  incidence is? I've read 50 to 70% lower but --
20  A. I've read the same figures.
21  Q. Do you have an opinion about folic
22  acid in this case?
23  A. (Reviewing document).
24  My opinion was that she might not

Page 53

1  have taken prenatal vitamins in early pregnancy.
2  Q. So you don't know one way or the
3  other. The opinion is might not?
4  A. I did not see any documentation that
5  she was taking prenatal vitamins in early
6  pregnancy in the medical records.
7  Q. Do you know what her folic acid
8  levels were during the first three weeks of
9  pregnancy?
10  A. No, sir.
11  Q. Have you -- you know that, Doctor,
12  there's research showing that in obese women,
13  folic acid actually does not decrease the risk
14  presented by obesity.
15  You're aware of that?
16  A. I'm not aware of that. I think you
17  might have mentioned it in the last deposition.
18  Q. You didn't go back and look at
19  papers that you actually wrote about that?
20  A. No, sir, I didn't.
21  Q. All right. You are certainly aware,
22  though, that there's a lot of research that there
23  is no reduction in risk when women who are taking
24  Depakote take folic acid?

14 (Pages 50 to 53)

Confidential - Subject to Further Confidentiality Review

Page 54

1  A. Yes, sir, I'm aware of that.
2  Q. Okay. And so right now, although we
3  recommend that all women take folic acid, there's
4  no research to suggest that folic acid will
5  actually reduce the risk posed by Depakote;
6  correct?
7  A. That's correct.
8      MR. BOUNDAS: Now, if we look at
9  -- you know what I did? I have a set of
10  some medical records in this case and I was
11  just going to mark them as one exhibit so
12  we can -- we may refer to some, we may
13  refer to all, but I thought it would save
14  time.
15      THE REPORTER: Exhibit 8.
16      (Document marked, for
17  identification purposes, as Scialli Exhibit
18  No. 8.)
19  BY MR. BOUNDAS:
20  Q. And I think you cited a lot of these
21  -- some of these records in your report.
22      What I wanted to start with, Doctor,
23  was the -- it's a March 7, 2004 genetic consult.
24  Should be about halfway through.

Page 55

1  A. I should note that there's a --
2  Q. Oh, yeah.
3  A. -- portion of a deposition
4  transcript here.
5  Q. Yeah. What I've marked is portions
6  of her medical records and also, I believe,
7  Dr. Fee's deposition transcript.
8      And I'm not suggesting to you,
9  Doctor, these all were supposed to be together.
10  It's just a way to keep it organized.
11  A. I understand. You had just
12  introduced the exhibit by saying it was medical
13  records, and it is in part but not in its
14  entirety.
15  Q. You got it. Okay.
16      So let's look at -- are you on the
17  March 7, '04 genetic consult?
18  A. Yes, sir.
19  Q. All right. And that's something
20  that you have read, and I think you even cite it
21  in the report; right?
22  A. I certainly read it. I can't speak
23  to whether I cite it in the report, but I might
24  have.

Page 56

1  Q. Yeah, you did. Just at page 9 at
2  the very top. It's paragraph 26.
3  A. (Reviewing document).
4      Yes, sir, I see that.
5  Q. I was just confirming that.
6  A. Yes, sir, I agree with you. I cite
7  it.
8  Q. Now let's -- I want to talk about
9  some of the things in this letter.
10      If you look at the second paragraph,
11  the third -- the fourth sentence it's discussing
12  spina bifida, and it says:
13      "We commonly refer to it as a
14  multifactorial cause radiology."
15      Do you see that?
16  A. Yes, sir.
17  Q. That's an accurate statement; right?
18  A. Yes, sir.
19  Q. Spina bifida as a birth defect is
20  known to have potentially multiple causes or
21  contributing factors; right?
22  A. I think this use of "multifactorial
23  causes" means that in any individual patient,
24  there are multiple causes. So, for example, in a

Page 57

1  child exposed to valproic acid, the spina bifida
2  occurs not only because of the exposure but
3  because of a genetic tendency, or because of
4  maternal obesity, or some metabolic problem like
5  diabetes.
6  Q. There could be multiple contributing
7  factors in a patient?
8  A. The way I read this is that there
9  are multiple contributing factors in a patient
10  with spina bifida.
11  Q. And then the next sentence says that
12  that could be a combination -- well, it says:
13      "It is probably a combination of
14  both predisposing gene changes and an
15  environmental influence that causes the early
16  neural tube to close improperly."
17      Do you regard that as a generally
18  accurate statement?
19  A. Yes, sir.
20  Q. Now, I know you're not a geneticist,
21  but you do have knowledge of genetics and what I
22  want to ask you is that: Are you going to
23  testify about specific genes that are associated
24  with spina bifida?

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 62

1  acid.
2  BY MR. BOUNDAS:
3  Q. I guess what I'm saying, Doctor, is
4  that: This sentence that you referenced probably
5  should be in this report whether Maryann took
6  Depakote or not. I mean, it just seems like --
7  A. We probably --
8  MS. HARDWAY: Object to form.
9  Sorry.
10  THE WITNESS: We probably agree
11  in that the genetic and perhaps metabolic
12  factors can operate independent of valproic
13  acid, and so whether or not Ms. Dotegowski
14  took valproic acid, she and her daughter
15  should be warned that those genetic factors
16  might well operate independent of valproic
17  acid.
18  BY MR. BOUNDAS:
19  Q. And you could actually have a
20  genetic factor that could make you more
21  predisposed to valproic acid embryopathy;
22  correct?
23  A. That's a possibility.
24  Q. Okay. Doctor, I wanted to -- well,

Page 63

1  let's -- let's go to this, the deposition of
2  Dr. Fee, which I think is the last document in
3  the packet here.
4  I believe you referenced her
5  deposition in your report, and you know that
6  Dr. Fee has actually been treating Emily for
7  spina bifida; correct?
8  A. Yes, sir.
9  Q. If you go to page 126.
10  A. (Pause).
11  Q. Are you there?
12  A. Yes, sir.
13  Q. All right. There's a question that
14  says:
15  "And I asked you whether or not you
16  thought that Emily's exposure to Depakote was a
17  contributing factor to her condition. Do you
18  remember that?"
19  Answer: "Yes."
20  "And what did you tell me?"
21  "I think my exact words were, when I
22  talked with some of our residents, I make them
23  aware that Emily was exposed to Depakote during
24  her mother's pregnancy and that this is a known

Page 64

1  contributing factor."
2  I'm going to stop there.
3  Is that a reasonable statement?
4  A. I'm not entirely sure what she
5  means, but if what she means is that 1 to 2% of
6  children exposed to Depakote at the right time of
7  pregnancy have spina bifida, then I would agree.
8  Q. Well, let's go to the next question
9  on line 16.
10  "Do you recall telling me that you
11  did think that Depakote use was a factor in
12  Emily's condition?"
13  Answer: "Yes, it's a factor as
14  there are other factors."
15  "Yes. Okay. And it's a
16  multifactorial thing; right?"
17  "Right."
18  Do you agree with that testimony?
19  A. Yes, sir.
20  Q. All right. In other words, there
21  are a number of factors at play in this case and
22  Depakote is one of them?
23  A. I think that's correct, assuming
24  that Ms. Dotegowski took Depakote during the

Page 65

1  appropriate time in pregnancy.
2  Q. And why don't we talk about that for
3  a minute.
4  Are you rendering an opinion as to
5  whether or not Mrs. Dotegowski took Depakote one
6  way or the other?
7  A. My opinion is that I don't know. I
8  note that I didn't see any prescribing records or
9  pharmacy records for it, but I don't know whether
10  or not she took it.
11  Q. And you know that from Dr. Kaplan's
12  deposition that his prescribing records are
13  destroyed due to the passage of time; right?
14  A. Yes, sir, I know that.
15  Q. And you know that if pharmacies
16  don't keep records that long, but you also know
17  that Mrs. Dotegowski has testified that she
18  received a sample, so there would be no pharmacy
19  record; correct?
20  A. I didn't hear the beginning of
21  your --
22  Q. Okay. Well, let's --
23  A. -- question, but the second part
24  that there would be no pharmacy records if she

Confidential - Subject to Further Confidentiality Review

Page 66

1  received samples I can agree with. But I didn't
2  hear the beginning part of your question.
3     Q.  Fair enough.
4        Now, and you also -- and we can pull
5  all these out; some of them are in the packet --
6  but you are aware that during her pregnancy,
7  Mrs. Dotegowski reported to physicians that she
8  had been taking Depakote; right?
9     A.  Yes, sir.
10    Q.  And you're not saying that those are
11 inaccurate records, are you?
12       MS. HARDWAY:  Object to form.
13       THE WITNESS:  I don't know about
14    their accuracy.  I know that Depakote is
15    recorded as having been taken according to
16    Mrs. Dotegowski.
17 BY MR. BOUNDAS:
18    Q.  Well, why don't we leave it like
19 this, Doctor.
20       Is it fair to say that you're not
21 going to come into trial and testify that you
22 don't believe she took Depakote or that you do
23 believe that she took Depakote, that's just
24 something that you do not have an opinion about;

Page 67

1  correct?
2     A.  That's correct.
3     Q.  Assuming she took Depakote, you
4  would agree that Depakote was one of the factors
5  that contributed to the spina bifida?
6        MS. HARDWAY:  Object to form.
7        THE WITNESS:  It's a factor that
8     might have contributed to the spina bifida.
9     I don't know whether the spina bifida would
10    have occurred in the absence of Depakote in
11    this child.
12 BY MR. BOUNDAS:
13    Q.  Well, the same is true of obesity;
14 right?
15    A.  Yes, sir.
16    Q.  Same is true of diabetes; right?
17    A.  Yes, sir.
18    Q.  Same is true of any other factor you
19 could name; correct?
20    A.  Yes, sir.
21    Q.  So Depakote is just as substantial
22 factor as any of the others that we mentioned.
23 It could have contributed; right?
24       MS. HARDWAY:  Object to form.

Page 68

1        THE WITNESS:  It could have
2     contributed.  The real question is whether
3     without the obesity or the diabetes, this
4     child would have had spina bifida.
5  BY MR. BOUNDAS:
6     Q.  Yeah, and I'm asking it differently.
7        We'll never know that; right?  I
8  mean, that's just kind of an impossible question
9  to answer, isn't it, Doctor?
10       MS. HARDWAY:  Object to form.
11       THE WITNESS:  I don't know if
12    some day it will be possible to tease out
13    the factors in an individual with spina
14    bifida, but as I sit here today, I don't
15    know.
16 BY MR. BOUNDAS:
17    Q.  Right.  As we sit here today and
18 most likely when we have a trial in the next 12
19 months or so, we're not going to be able to do
20 that; right?
21    A.  I don't want to predict whether
22 we'll be able to do that within the next 12
23 months, but I can tell you I can't do that today.
24    Q.  Right.  Would you bet against it?

Page 69

1        MS. HARDWAY:  Object to form.
2  BY MR. BOUNDAS:
3     Q.  It doesn't matter, Doctor.
4        We can't do it right now, okay?
5  That's the point?
6     A.  I think that's a fair statement.
7     Q.  Okay.  And so what we can do,
8  however, is say that there were factors --
9  obesity, diabetes, and Depakote here -- and they
10 were contributing factors to the spina bifida;
11 right?
12    A.  Yes, and there might also have been
13 genetic factors.
14    Q.  All right.  So that's our list of
15 factors; right?
16    A.  That's the list that I know of, yes.
17    Q.  Now, one thing you talked about in
18 the report was the paternal cousin with
19 anencephaly.  You noted that on page 26 -- I'm
20 sorry -- paragraph 26, page 9.
21       The very first line.
22    A.  Yes, sir.
23    Q.  Is that -- are you going to testify
24 about the actual risk posed by that or was that

18 (Pages 66 to 69)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 70

1  -- what was the significance of that statement?
2  A. That observation was made, if I
3  remember correctly, in the genetic counseling and
4  I noted it. Whether or not it indicates that
5  Emily had a stronger genetic component than other
6  children might have, I don't have an opinion.
7  Q. Are you aware of research that shows
8  that typically it's the maternal side that
9  generates the increased risk for spina bifida?
10  MS. HARDWAY: Object to form.
11  THE WITNESS: I'm not aware of
12  that research.
13  BY MR. BOUNDAS:
14  Q. Are you aware of any papers talking
15  about a third degree relative, which is what a
16  paternal first cousin would be, and what the risk
17  is for that?
18  A. No, sir, I'm not aware of any such
19  papers.
20  Q. Are you aware of any research
21  relating to the risk of having a third degree
22  relative with anencephaly and whether or not that
23  increases the risk down the line of having
24  someone with spina bifida not anencephaly?

Page 71

1  MS. HARDWAY: Object to form.
2  THE WITNESS: No, sir, I'm not
3  aware of those papers.
4  BY MR. BOUNDAS:
5  Q. Is it fair to say that at the trial
6  of this case, you're not going to be testifying
7  that this paternal first cousin's anencephaly
8  played a role -- actually played a role in
9  Emily's spina bifida?
10  A. I'm not going to offer an opinion on
11  that.
12  Q. I wanted to talk about paragraph 29.
13  Oh, also, in general about Emily,
14  you do note, I take it by way of background, for
15  example, talking about her IQ, her learning
16  disability, and some of the physical conditions
17  she has.
18  Is it fair to say you're not going
19  to talk -- be testifying about her physical --
20  her prognosis, medical prognosis?
21  A. I am not going to testify about her
22  prognosis.
23  Q. Or the extent of her injuries other
24  than to note what they are; is that fair?

Page 72

1  A. I'm not sure what you mean by the
2  "extent of her injuries," but other than noting
3  what her injuries are, I don't plan to offer an
4  opinion.
5  Q. Now, if you look at paragraph 29,
6  you note Dr. Bodamer. That's the fourth line
7  down.
8  "Dr. Bodamer asserts that Emily has
9  dysmorphic features" and then it goes on.
10  Do you see that sentence?
11  A. Yes, sir.
12  Q. Now, and then you note on the
13  Footnote 31:
14  "Facial dysmorphism can be difficult
15  to quantify, especially in newborns."
16  Is that a true statement?
17  A. Well, the true statement is that
18  that has been observed. In other words, the
19  statement is, it has been observed.
20  Q. Oh.
21  A. And then it follows it, follows that
22  statement.
23  Q. Do you agree with it?
24  A. I have no reason to disagree with

Page 73

1  it. I don't have any personal experience in
2  evaluating facial dysmorphism in newborns.
3  Q. Okay. Maybe we can cut this short
4  then.
5  Is it fair to say that you are not
6  going to be offering opinions as to whether or
7  not Emily actually has facial dysmorphism or
8  fetal valproate syndrome?
9  A. My opinion would be that Dr. Bodamer
10  is the only one who has noted most of those
11  facial dysmorphic features and that they're not
12  noted in the medical record except for the bowed
13  eyebrows, which were noted by Dr. Fee.
14  Q. There was also a noting of
15  esotropia.
16  Did you not see that?
17  A. Esotropia is not a facial dysmorphic
18  feature.
19  Q. Oh, I got you.
20  Have you made an evaluation of
21  Emily -- I mean, you haven't looked at pictures,
22  so I assume this would be pretty difficult -- as
23  to whether or not she, leaving aside the medical
24  records, whether or not you believe she has